**No. 57427.**—Asheville Mica Company et al. *v.* United States, protests 182621–K, etc. (Norfolk).

Opinion by Ford, J. In accordance with stipulation of counsel that certain percentages of the merchandise consist of mica splittings not over twelve ten-thousandths of 1 inch in thickness, the claim of the plaintiffs was sustained as to said items.

Before the Third Division, July 15, 1953

**No. 57428.**—CIA Industrial Jabonera del Pacifico et al. *v.* United States, protests 103951–K, etc. (San Diego).

Opinion by Ekwall, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *Pioneer Transfer Co.* v. *United States* (30 Cust. Ct. 101, C. D. 1504), the claim of the plaintiff was sustained.

**No. 57429.**—Charles R. Allen *v.* United States, protest 136350–K (Tampa).

Opinion by Ekwall, J. In accordance with stipulation of counsel that the merchandise consists of canned grated or shredded coconut meat in sirup, similar in all material respects to that the subject of *Allied Food Corporation of America* v. *United States* (28 Cust. Ct. 222, C. D. 1412), the claim of the plaintiff was sustained.